O

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   ED CV 08-01352-SGL(OPx)                                      Date:  October 31, 2008

Title:   THE BANK OF NY TRUST COMPANY, N.A. *-v-* VANESSA GALINDO, ET AL.
================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

      Jim Holmes                                            None Present
      Courtroom Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                     None present

PROCEEDINGS:   (IN CHAMBERS)
                          MINUTE ORDER REMANDING ACTION TO RIVERSIDE SUPERIOR
                          COURT

     The deadline for a response to have been filed regarding this Court's Order to Show Cause (OSC) issued October 14, 2008, has expired.  A review of the docket in this matter reflects that no written response has been filed, nor has any party requested leave of court for an order extending the time to file a response.

     Accordingly, the Court ORDERS the within action remanded to Riverside County Superior Court.  (Riverside County Superior Court, case number RIU 003653)

     IT IS SO ORDERED.